KYLE A. EWING, ESQ.
Nevada Bar No. 14051
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:          ewingk@gtlaw.com
                     berriosj@gtlaw.com

NAOMI BEER, ESQ.*
*pro hac vice forthcoming*
**GREENBERG TRAURIG, LLP**
1144 15TH Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572.6549
Email:          beern@gtlaw.com

*Counsel for Defendants SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, and HCA Healthcare, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, on behalf of herself and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; HOSPITAL CORPORATION OF AMERICA, d/b/a HCA HEALTHCARE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00684-MMD-DJA<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COLLECTIVE AND CLASS ACTION COMPLAINT (DKT. [001])** |

///

///

1

Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise") and HCA Healthcare, Inc.[1] ("HCA") (collectively "Defendants") through undersigned counsel, submit this unopposed motion for extension of time, up to and including July 14, 2025, within which to answer or otherwise respond to Plaintiff's Collective and Class Action Complaint and Jury Demand (ECF #1) ("Complaint").

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1, Defendant's counsel certifies that she conferred in good faith with Plaintiff's counsel. Plaintiff does not oppose the relief requested herein.

## MOTION

1. Plaintiff filed her Complaint and Jury Demand on April 16, 2025. (ECF No. 1.)

2. On April 22, 2025, Plaintiff served a Notice of Lawsuit and Request for Waiver of Service on Defendants.

3. On May 1, 2025, Defendants executed the Waiver of the Service of Summons, making the current deadline to answer or otherwise respond to the Complaint June 23, 2025. (ECF Nos. 5, 6.)

4. Defendants have conferred with Plaintiff's counsel a seek a 21-day extension of time from June 23, 2025, to respond to Plaintiff's Complaint up to and including July 14, 2025. Good cause exists because Defendants and Plaintiff are currently exploring whether early case resolution is available before either side expends significant resources.

5. In addition, Plaintiff is considering amending the current operative Complaint.

6. This motion has not been brought for any improper purpose.

7. Granting this request will not affect any deadlines set in the case, will not prejudice any of the parties, will not unduly delay these proceedings, and is in the interest

---

[1] HCA Healthcare, Inc. is improperly identified in the complaint as "Hospital Corporation of America d/b/a HCA Healthcare, Inc." There is no such legal entity. Further, it is improperly identified as a defendant in this action; at all times, Sunrise was the proper employing entity of Plaintiff. HCA Healthcare, Inc. is a holding company which has no employees.

2

of justice and fairness.

8.  Theis is the first request for an extension of time in this action by Defendants.

9.  Pursuant to Local Rule 6.1©, undersigned counsel certifies that they will contemporaneously serve a copy of this stipulation on their respective clients.

## CONCLUSION

For these reasons Defendants Sunrise and HCA respectfully request that this court grant defendants an extension of 21-days, up to and including July 14, 2025, within which to answer or otherwise respond to the Complaint. (ECF No. 1.)

Respectfully submitted this 20th day of June 2025.

**GREENBERG TRAURIG, LLP**

By: */s/ Jerrell Berrios*
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

**GREENBERG TRAURIG, LLP**
NAOMI BEER, ESQ.*
*pro hac vice forthcoming*
1144 15TH Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303.572.6549

*Counsel for Defendants SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, and HCA Healthcare, Inc.*

## ORDER

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/23/2025

3

# CERTIFICATE OF SERVICE

I hereby certify that on **June 20, 2025**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

/s/ *Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

712187324