KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:        ewingk@gtlaw.com
                    berriosj@gtlaw.com

NAOMI BEER, ESQ.*
*pro hac vice forthcoming*
**GREENBERG TRAURIG, LLP**
1144 15TH Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572.6549
Email:        beern@gtlaw.com

*Counsel for Defendants SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, and HCA HEATHCARE, INC.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, on behalf of herself and all other similarly situated individuals,<br><br>                        Plaintiffs,<br><br>        v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; HOSPITAL CORPORATION OF AMERICA, d/b/a HCA HEALTHCARE, INC.; and DOES 1 through 50, inclusive,<br><br>                        Defendants. | CASE NO. 2:25-cv-00684-MMD-DJA<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND DEADLINE FOR DEFENDANTS' TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COLLECTIVE AND CLASS ACTION COMPLAINT** (DKT. [001])<br><br>(SECOND REQUEST) |

/ / /

/ / /

/ / /

1

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise") and HCA Healthcare, Inc.[1] ("HCA") (collectively, "Defendants") and Plaintiff Aynur Kabota ("Plaintiff") (the "Parties"), by and through their counsel, hereby stipulate as follows:

1. WHEREAS, Plaintiff filed her Complaint and Jury Demand on April 16, 2025. (ECF No. 1.)

2. WHEREAS, on April 22, 2025, Plaintiff served a Notice of Lawsuit and Request for Waiver of Service on Defendants and on May 1, 2025, Defendants executed the Waiver of the Service of Summons, making the deadline to answer or otherwise respond to the Complaint June 23, 2025. (ECF Nos. 5, 6.)

3. WHEREAS, on June 20, 2025, Defendants filed an Unopposed Motion for a 21-day Extension of Time to answer or otherwise respond to the Complaint. (ECF No. 7.)

4. WHEREAS, on June 24, 2025, the Court granted the Unopposed Motion for Extension of Time, making the current deadline for Defendants to answer or otherwise respond to the Complaint, July 14, 2025. (ECF No. 10.)

5. WHEREAS, the Parties are engaged in good faith efforts to explore potential early resolution of this matter. The Parties agree that a further continuance of the deadline for Defendants' to answer or otherwise respond to the Complaint will allow the Parties to continue exploring potential resolution before either side expends significant resources.

6. WHEREAS, the Parties respectfully request that the deadline for Defendants' to answer or otherwise respond to the Complaint be extended sixty (60) days, up to and including September 12, 2025.

7. This stipulation is made in good faith and not for any improper purpose or delay.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and

---

[1] HCA Healthcare, Inc. is improperly identified in the complaint as "Hospital Corporation of America d/b/a HCA Healthcare, Inc." There is no suc h legal entity. Further, it is improperly identified as a defendant in this action; at all times, Sunrise was the proper employing entity of Plaintiff. HCA Healthcare, Inc. is a holding company which has no employees.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773

between the Parties through their respective counsel of record herein and subject to Court order that the deadline for Defendant to answer or otherwise respond to the Complaint is continued from July 14, 2025 to **September 12, 2025.**

    This Stipulation is made in good faith and is not intended for purposes of delay.

    Respectfully submitted this 14th day of July 2025.

| **THIERMAN BUCK** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: /s/ Leah L. Jones <br> JOSHUA D. BUCK, ESQ. <br> Nevada Bar No. 12187 <br> LEAH L. JONES, ESQ. <br> Nevada Bar No. 13161 <br> 325 W. Liberty Street <br> Reno, Nevada 89501 <br><br> *Counsel for Plaintiff and all Similarly Situated Individuals* | By: /s/ Kara B. Hendricks <br> KARA HENDRICKS, ESQ. <br> Nevada Bar No. 07743 <br> JERRELL L. BERRIOS, ESQ. <br> Nevada Bar No. 15504 <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, Nevada 89135 <br><br> **GREENBERG TRAURIG, LLP** <br> NAOMI BEER, ESQ.* <br> *\*pro hac vice forthcoming* <br> 1144 15TH Street, Suite 3300 <br> Denver, Colorado 80202 <br> Telephone: (303.572.6549 <br><br> *Counsel for Defendants SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, and HCA HEALTHCARE, INC.* |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 15, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that on **July 14, 2025**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

4

712860634