JASON HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Jason.Hicks@gtlaw.com

NAOMI BEER, ESQ.*
*pro hac vice forthcoming*
**GREENBERG TRAURIG, LLP**
1144 15TH Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572.6549
Email: beern@gtlaw.com

*Counsel for Defendants SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, and HCA HEALTHCARE, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, on behalf of herself and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; HOSPITAL CORPORATION OF AMERICA, d/b/a HCA HEALTHCARE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00684-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO AMEND COLLECTIVE AND CLASS ACTION COMPLAINT AND TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND**<br><br>**(Third Request for Time)** |

/ / /

/ / /

/ / /

1

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise") and HCA Healthcare, Inc.[1] ("HCA") (collectively, "Defendants") and Plaintiff Aynur Kabota ("Plaintiff") (the "Parties"), by and through their counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint and Jury Demand on April 16, 2025. (ECF No. 1.)

2. On April 22, 2025, Plaintiff served a Notice of Lawsuit and Request for Waiver of Service on Defendants and on May 1, 2025, Defendants executed the Waiver of the Service of Summons, making the deadline to answer or otherwise respond to the Complaint June 23, 2025. (ECF Nos. 5, 6.)

3. On June 20, 2025, Defendants filed an Unopposed Motion for a 21-day Extension of Time to answer or otherwise respond to the Complaint. (ECF No. 7.)

4. On June 24, 2025, the Court granted the Unopposed Motion for Extension of Time, making the deadline for Defendants to answer or otherwise respond to the Complaint, July 14, 2025. (ECF No. 10.)

5. On July 14, 2025, the Parties stipulated to further extend the deadline for Defendants to answer or otherwise respond to the Complaint to September 12, 2025, so that they could continue good faith efforts to explore potential early resolution of this matter. (ECF No. 11.)

6. The Court granted the Parties' Stipulation on July 15, 2025. (ECF No. 12.)

7. The Parties have continued their discussions in good faith, and, as part of those discussions, Plaintiff has determined that she will amend her Complaint as it relates to certain claims. To effectuate that, the Parties have agreed that Plaintiff will amend her Complaint on or before September 26, 2025, and Defendants may have 45 days from that date, until November 10, 2025, to allow the Parties to continue exploring potential resolution, or, in the alternative, for Defendants to answer or otherwise respond to Plaintiff's amended Complaint.

---

[1] HCA Healthcare, Inc. is improperly identified in the complaint as "Hospital Corporation of America d/b/a HCA Healthcare, Inc." There is no such legal entity. Further, it is improperly identified as a defendant in this action. At all times, Sunrise was the proper employing entity of Plaintiff. HCA Healthcare, Inc. is a holding company which has no employees.

2

8. The Parties respectfully request that the Court (a) allow Plaintiff until September 26, 2025, to amend her Complaint; and (b) allow Defendants until November 10, 2025, to answer or otherwise respond to Plaintiff's amended Complaint.

9. This stipulation is made in good faith and not for any improper purpose or delay.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record herein, and subject to Court order, that Plaintiff may amend her Complaint on or before **September 26, 2025,** and Defendants may answer or otherwise respond to Plaintiff's amended Complaint on or before **November 10, 2025.**

Respectfully submitted this 11th day of September 2025.

| **THIERMAN BUCK** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: */s/ Leah L. Jones*<br>JOSHUA D. BUCK, ESQ.<br>Nevada Bar No. 12187<br>LEAH L. JONES, ESQ.<br>Nevada Bar No. 13161<br>325 W. Liberty Street<br>Reno, Nevada 89501<br><br>***Counsel for Plaintiff and all Similarly Situated Individuals*** | By: */s/ Jason Hicks*<br>JASON HICKS, ESQ.<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>NAOMI BEER, ESQ.*<br>*pro hac vice forthcoming*<br>1144 15TH Street, Suite 3300<br>Denver, Colorado 80202<br><br>***Counsel for Defendants Sunrise Hospital and Medical Center, LL, and HCA Healthcare, Inc.*** |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/12/2025

3

714551573