JASON HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Email:        Jason.Hicks@gtlaw.com

NAOMI BEER, ESQ.
*pro hac vice forthcoming*
**GREENBERG TRAURIG, LLP**
1144 15TH Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572.6549
Email:       beern@gtlaw.com

*Counsel for Defendants SUNRISE HOSPITAL AND
MEDICAL CENTER, LLC, and HCA HEALTHCARE, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AYNUR KABOTA, on behalf of herself and all other similarly situated individuals<br><br>                              Plaintiffs,<br><br>        v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; HOSPITAL CORPORATION OF AMERICA, d/b/a HCA HEALTHCARE, INC.; and DOES 1 through 50, inclusive,<br><br>                              Defendants. | CASE NO. 2:25-cv-00684-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE PROPOSED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**(First Request for Time)** |

/ / /

/ / /

/ / /

1

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise") and HCA Healthcare, Inc.[1] ("HCA") (collectively, "Defendants") and Plaintiff Aynur Kabota ("Plaintiff") (the "Parties"), by and through their counsel, hereby stipulate as follows:

1.     On November 18, 2025, Defendants each filed their Answers to Plaintiff's Amended Complaint.  (ECF Nos. 17, 18.)

2.     As a result, the Parties' Proposed Discovery Plan and Proposed Scheduling Order are due January 2, 2026. (ECF No. 17.)

3.     In light of the fact that the January 2, 2026 deadline, as well as the corresponding obligation to meet and confer regarding the Parties' proposed discovery plan and case schedule, fall during the holiday season when counsel are out of the office and at times otherwise unavailable, the Parties have agreed that the January 2, 2026 deadline should be continued by two weeks to January 16, 2026, and all related meet and confer deadlines should be continued accordingly.

4.     The Parties therefore respectfully request that the Court continue the January 2, 2026, deadline to finalize and submit their Proposed Discovery Plan and Proposed Scheduling Order by two weeks, until January 16, 2026.

5.     This stipulation is made in good faith and not for any improper purpose or delay.

---

[1] HCA Healthcare, Inc. is improperly identified in the complaint as "Hospital Corporation of America d/b/a HCA Healthcare, Inc."  There is no such legal entity. Further, it is improperly identified as a defendant in this action.  At all times, Sunrise was the proper employing entity of Plaintiff. HCA Healthcare, Inc. is a holding company which has no employees.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773

6.    Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record herein, and subject to Court order, that the January 2, 2026, deadline to finalize and submit their Proposed Discovery Plan and Proposed Scheduling Order is continued by two weeks until **January 16, 2026**.

Respectfully submitted this 22nd day of December 2025.

| **THIERMAN BUCK** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By:  */s/ Leah L. Jones* | By:  */s/ Jason Hicks* |
| JOSHUA D. BUCK, ESQ. | JASON HICKS, ESQ. |
| Nevada Bar No. 12187 | Nevada Bar No. 13149 |
| LEAH L. JONES, ESQ. | 10845 Griffith Peak Drive, Suite 600 |
| Nevada Bar No. 13161 | Las Vegas, Nevada  89135 |
| 325 W. Liberty Street | |
| Reno, Nevada 89501 | NAOMI BEER, ESQ.* |
| | *pro hac vice forthcoming* |
| ***Counsel for Plaintiff and all*** | 1144 15TH Street, Suite 3300 |
| ***Similarly Situated Individuals*** | Denver, Colorado  80202 |
| | ***Counsel for Defendants Sunrise Hospital and Medical Center, LL, and HCA Healthcare, Inc.*** |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/29/2025

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773

717554296