Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 West Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff*
*and the putative classes*

Jason Hicks, Nev. Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:        Jason.Hicks@gtlaw.com

NAOMI BEER, ESQ., *admitted pro hoc vice*
**GREENBERG TRAURIG, LLP**
1144 15TH Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572.6549
Email:        beern@gtlaw.com

*Counsel for Defendants SUNRISE HOSPITAL*
*AND MEDICAL CENTER, LLC, and HCA*
*Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, on behalf of herself and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; HOSPITAL CORPORATION OF AMERICA, d/b/a HCA HEALTHCARE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00684-MMD-DJA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE PROPOSED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**(Second Request for Time)** |

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise") and HCA Healthcare, Inc.[1] ("HCA") (collectively, "Defendants") and

---

[1] HCA Healthcare, Inc. is improperly identified in the complaint as "Hospital Corporation of America d/b/a HCA Healthcare, Inc."  There is no such legal entity. Further, it is improperly identified as a defendant in this action.  At all times, Sunrise was the proper employing entity of Plaintiff. HCA Healthcare, Inc. is a holding company which has no employees.

THIERMAN BUCK
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

Plaintiff Aynur Kabota ("Plaintiff") (the "Parties"), by and through their counsel, hereby stipulate as follows:

1.      On December 29, 2025, the Parties requested and the Court granted the first extension of time to file their proposed Discovery Plan and Scheduling Order. (ECF No 20.)

2.      On January 16, 2026, the Parties timely filed their proposed Discovery Plan and Scheduling Order. (ECF No 23.)

3.      On January 22, 2026, the Court denied the Parties' proposed Discovery Plan and Scheduling Order without prejudice, setting forth three reasons for the denial. (ECF No. 24.)

4.      The Court set a deadline for the Parties to file the updated proposed Discovery Plan and Scheduling Order of February 12, 2026. (*Id.*)

5.      The Parties have continued to meet and confer regarding the Parties' updated and amended proposed discovery plan and case schedule, however due to scheduling conflicts and travel outside of the continental United States, by Counsel for both of the Parties, the Parties request additional time.

6.      The Parties are committed to and anticipate filing an amended proposed Discovery Plan and Scheduling Order for the Court's review on or before March 5, 2026.

/ / /

/ / /

/ / /

7.    This stipulation is made in good faith and not for any improper purpose or delay.

Dated:  February 17, 2026

**THIERMAN BUCK**

/s/ Leah L. Jones
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 West Liberty Street
Reno, Nevada 89501

*Attorneys for Plaintiff and the Putative Classes*

Dated:  February 17, 2026

**GREENBERG TRAURIG, LLP**

/s/ Naomi Beer
Jason Hicks, Nev. Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

NAOMI BEER, ESQ.*
*admitted pro hac vice
1144 15TH Street, Suite 3300
Denver, Colorado  80202

**ORDER**

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/18/2026

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

THIERMAN BUCK
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com