Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff*
*and the putative classes*

Jason Hicks, Nev. Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Email:         Jason.Hicks@gtlaw.com

NAOMI BEER, ESQ., *admitted pro hoc vice*
**GREENBERG TRAURIG, LLP**
1144 15TH Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572.6549
Email:         beern@gtlaw.com

*Counsel for Defendants SUNRISE HOSPITAL*
*AND MEDICAL CENTER, LLC, and HCA*
*Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, on behalf of herself and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; HOSPITAL CORPORATION OF AMERICA, d/b/a HCA HEALTHCARE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00684-MMD-DJA<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>**THIRD REQUEST** |

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise") and HCA Healthcare, Inc.[1] ("HCA") (collectively, "Defendants") and Plaintiff Aynur Kabota ("Plaintiff") (the "Parties"), hereby request an extension of time to file their notice of dismissal. This is the Parties' third request for an extension of time.

The Parties notified the Court that the Parties had entered into a tentative individual settlement in this matter on March 5, 2026. (ECF No. 27.) The Court, by Minute Order Stayed all deadlines and directed the Parties to file a stipulation for dismissal or joint status report by April 24, 2026. (ECF No. 28.)

On April 24, 2026, the Court granted the Parties first request to extend the time to file a notice of dismissal to on or before May 29, 2026. (ECF No. 30.)

On June 1, 2026, the Court granted the Parties second request to extend the time to file a notice of dismissal to on or before June 30, 2026. (ECF No. 32.)

The tentative settlement agreement in this matter is in the process of being executed by all Parties. In addition, because the plaintiff has filed for Chapter 7 bankruptcy, the settlement will then need to be submitted to the bankruptcy court for approval. Accordingly, the Parties request an additional sixty-one (61) days to finalize the settlement.

/ / /

/ / /

/ / /

---

[1] HCA Healthcare, Inc. is improperly identified in the complaint as "Hospital Corporation of America d/b/a HCA Healthcare, Inc." There is no such legal entity. Further, it is improperly identified as a defendant in this action. At all times, Sunrise was the proper employing entity of Plaintiff. HCA Healthcare, Inc. is a holding company which has no employees.

The Parties agree that good cause for the extension exists because the Parties' efforts to finalize all terms and obtain signatures have taken longer than expected. The Parties anticipate filing a notice of dismissal on or before August 31, 2026. Accordingly, the Parties request a Stay of all proceedings up to and including Friday, August 31, 2026.

Respectfully submitted,

Dated:  July 1, 2026

**THIERMAN BUCK**

/s/ Leah L. Jones
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 West Liberty Street
Reno, Nevada 89501

*Attorneys for Plaintiff and the Putative Classes*

Dated:  July 1, 2026

**GREENBERG TRAURIG, LLP**

/s/ Naomi Beer
Jason Hicks, Nev. Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

NAOMI BEER, ESQ.*
*Admitted pro hac vice
1144 15TH Street, Suite 3300
Denver, Colorado  80202

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2026
_____

THIRD REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF DISMISSAL
AND [PROPOSED] ORDER THEREON

THIERMAN BUCK
325 West Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com